APRIL 15, 1965

No. 69246.—Vanderlaan Tile Co., Inc. *v.* United States, protests 63/1795, 62/17548, and 61/21594. Protests abandoned March 26, 1965. Plaintiff's application for rehearing granted.

APRIL 14, 1965

No. 69247.—APPEAL 5159.—Gallagher & Ascher Company *v.* United States.— reversed December 23, 1964. C.A.D. 849.